Case 6:20-mc-00024-GJK Document 1 Filed 06/15/20 Page 1 of 7 PageID 1

SEALED

FILED
2020 JUN 15 AM 9:27
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO, FL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In the Matter of the Extradition of )
) Case No. 6:20-mc-24-Orl-GJK
Pierre Leopold Magras a/k/a "Junior" )

## COMPLAINT
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to the Kingdom of the Netherlands and, specifically in this instance, to Sint Maarten.

2. There is an extradition treaty in force between the United States and the Kingdom of the Netherlands, which applies to Sint Maarten (the "Treaty").[1]

---

[1] See Extradition Treaty Between the United States of America and the Kingdom of the Netherlands, U.S.-Neth., June 24, 1980, 35 U.S.T. 1334 ("the 1980 Treaty"), as amended by the Agreement comprising the instrument as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union signed at Washington on 25 June 2003, as to the application of the Extradition Treaty Between the United States of America and the Kingdom of the Netherlands signed at the Hague on 24 June 1980, U.S.-Neth., Sept. 29, 2004, S. TREATY DOC. NO. 109-14 (2006) (the "Agreement"), with Annex (collectively, the "Treaty"), and related exchange of notes. The Annex reflects the integrated text of the provisions of the 1980 Treaty and the Agreement. The Agreement and Annex were confirmed to have been extended to the Netherlands Antilles through a diplomatic note dated September 29, 2009. By diplomatic note dated October 6, 2010, the Kingdom of the Netherlands notified the United States of the dissolution of the Netherlands Antilles on October 10, 2010, and confirmed that all international agreements the Kingdom of the Netherlands ratified applicable to the Netherlands Antilles would continue to apply to Sint Maarten.



3. The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article 11 of the Treaty, Sint Maarten has asked the United States for the provisional arrest of Pierre Leopold Magras ("MAGRAS"), a/k/a "Junior," born on approximately December 2, 1986, with a view toward his extradition.

5. According to the information the Government of Sint Maarten has provided, MAGRAS is accused of (1) co-perpetrating the murder and/or manslaughter of R.J. Emilia ("Victim-1"), in violation of Sint Maarten Criminal Code ("SMCC") Articles 1:123, 2:259 and/or 2:262; (2) co-perpetrating the attempted murder and/or attempted manslaughter of S.E. Artsen ("Victim-2"), in violation of SMCC Articles 1:119, 1:123, 2:259, and/or 2:262; and (3) illegal possession of a firearm, in violation of Articles 3 and 11 of the Sint Maarten Firearm Ordinance.

6. These offenses were committed within the jurisdiction of Sint Maarten. On February 25, 2020, Public Prosecutor Sandra Withfield, a judicial authority authorized to issue arrest warrants under the laws of Sint Maarten, issued a warrant for MAGRAS's arrest for these offenses, on the basis of the following facts:

   a. On January 29, 2020, at around 10:00 p.m., Sint Maarten authorities received information that a shooting had taken place near the Andrew Canes

Apartments of the Cole Bay area of the Dutch side of the island. During the shooting, two persons were shot and wounded. When police arrived, Victim-1 was no longer present. Ambulance personnel treated Victim-2, who had a bullet wound in his leg, and transported him to a hospital on the Dutch side of the island, where he was treated and later released. At the scene, police observed blood stains.

b. On the morning of January 30, 2020, authorities from the French side of the island (Saint Martin), notified Sint Maarten authorities that Victim-1 had been brought to a hospital on the French side of the island and died from his injuries. Victim-1 reportedly suffered at least four bullet injuries.

c. At the crime scene, police found three bullet cases. Forensic analysis indicated that two of the cases were of 9 mm caliber and one was a .40 S&W, the cases came from three different kinds of firearms, and a bullet retrieved from Victim-1's body matched one of the 9 mm cases that police found at the crime scene.

d. According to Victim-2: On the night of January 29, 2020, sometime after 9:00 p.m., Victim-2 was outside in the yard of the Andrew Canes Apartments, in front of another house. Lights from the houses illuminated the yard. Victim-2 saw two individuals enter the yard, via the front gate, and continue into Victim-1's apartment. After approximately five minutes, Victim-2 heard several shots and saw Victim-1 come out of his apartment with blood on his

3

chest and stomach. Within a couple of minutes, Victim-2 saw two individuals emerge from Victim-1's apartment. One had a black gun and shot twice in Victim-2's direction, hitting Victim-2 in the right calf. At the time, Victim-2 was standing outside between Victim-1's apartment and another apartment he had been visiting. Victim-2 believed that he saw three suspects in total and heard eight gunshots.

e. According to Victim-1's girlfriend ("Witness-1"): Witness-1 was inside Victim-1's apartment at the time of the incident. Two men pointed guns at her and Victim-1. The men attempted to tie up Victim-1 with a pillowcase and got into a struggle with him. Witness-1 fled to the bathroom. After hearing the gunshots, Witness-1 went outside and found Victim-1 lying on the ground; the men had fled. Victim-1 told Witness-1 that the men with the guns had shot him but Victim-1 did not mention the names of the perpetrators.

f. Sint Maarten authorities obtained video footage from Conrad Car Rental, a business located in an alley next to the aforementioned yard, approximately 50 meters from the location of the shooting. The footage shows that on January 29, 2020, between 10:08:30 p.m. and 10:18:50 p.m., a Kia Sportage drove past Conrad Car Rental, toward the alley's dead end, and shortly thereafter, two suspects jumped over a wall in the direction of the Andrew Canes Apartments.

g. Sint Maarten authorities also obtained video footage from Peiking supermarket, which shows that, also on January 29, 2020, between 10:08:30

4

p.m. and 10:18:30 p.m., two other individuals, one of whom was later identified as MAGRAS, walked down the aforementioned alley, turned the corner past the Peiking supermarket, and entered the yard of the Andrew Canes Apartments from the front entrance. Additional video footage from the Andrew Canes Apartments shows the two individuals entering the yard via the gate and walking toward Victim-1's apartment. Two Sint Maarten police officers have identified one of the individuals in the Peiking supermarket footage as Pierre Leopold MAGRAS, also known as "Junior." The officers were familiar with MAGRAS's appearance because of previously meeting him while on duty on the island, and recognized MAGRAS's facial profile, posture, and tattoos on his arm and neck. Additionally, the officers identified a 2015 arrest photo as depicting MAGRAS.

h. Further video footage from Conrad Car Rental, from a short while later, shows four suspects jump and climb back over the aforementioned wall, hurrying from the direction of the crime scene into the alley. Two of the individuals appear to be holding gun-shaped objects in their hands, and shortly thereafter, the car drives away, down the alley. While this footage is not as clear as the footage from Peiking supermarket, two of these individuals appear to be consistent with the two individuals (including MAGRAS) on the Peiking supermarket footage. Additionally, the other video footage does not show

5

MAGRAS and the individual with whom he entered the yard leaving some other way.

i. MAGRAS did not have a license to carry a firearm in St. Maarten.

j. Sint Maarten authorities were unable to locate MAGRAS in St. Maarten; however, they received information indicating that he travelled to Anguilla, and from there to St. Thomas (U.S. Virgin Islands) on approximately February 10, 2020. U.S. authorities have confirmed that in March 2020, he then traveled to Orlando, Florida.

7. The Schedule of Offenses appended to the Treaty, at paragraphs 1, 2, and 30, covers the aforementioned offenses.

8. On June 4, 2020, MAGRAS obtained a Florida driver's license with an address of 4017 Tree Ridge Lane, N.E., Palm Bay, Florida. On June 12, 2020, Deputy U.S. Marshalls Cleveland Jenkins and Jesse Suelter observed MAGRAS at that residence in Palm Bay, Florida.

9. The Government of Sint Maarten has represented that it will submit a formal request for extradition, supported by the documents the Treaty specifies and within the time the Treaty requires.

10. MAGRAS likely would flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for MAGRAS's arrest issue in accordance with 18 U.S.C. § 3184 and the Treaty, so that the fugitive

6

may be arrested and brought before this Court to the end that the evidence of criminality may be heard and considered, and that this complaint and the warrant be placed under the seal of the Court until such time as the warrant is executed.

_____
Chauncey A. Bratt
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 15 day of June, 2020.

_____
The Honorable Thomas B. Smith
United States Magistrate Judge